# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| CLAYTON L. YOUNG, JR. | Case No.   2:03cr135-MEF-01 |
| | USM No.   11240-002 |
| | Jay E. Stover |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   1, 2, 4, 7, 9, 12   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violation - Operating While Impaired by Liquor | 01/04/2015 |
| 2 | Leaving the District Without Permission of U. S. Probation Officer | 07/26/2015 |
| 4 | Failure to Obtain Written Approval from U. S. Probation Officer Prior to Entering Contract for Financial Gain | 03/10/2015 |
| 7 | Failure to Obtain Approval of Employment from U. S. Probation Officer | 03/10/2015 |
| 9 | Failure to Pay Restitution | 06/24/2016 |
| 12 | Leaving the District Without Permission of U. S. Probation Officer | 05/20/2016 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s)   3,5,6,8,10,11,13,14   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6167

Defendant's Year of Birth:   1960

City and State of Defendant's Residence:
Jacksonville, Alabama

August 29, 2016
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U. S. DISTRICT JUDGE
Name and Title of Judge

8/29/16
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:      CLAYTON L. YOUNG, JR.
CASE NUMBER:    2:03cr135-MEF-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
7 Months, with no term of supervision to follow. It is ORDERED that the term of supervised release imposed on February 6, 2014 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL